

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2015

No. 04-15-00220-CV

**IN THE INT OF JHL,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01904
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file response is hereby GRANTED. Time is extended to May 26, 2015.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2015.

Keith E. Hottle
Clerk of Court